# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CORREA, et al., | Case No. 2:16-cv-01852-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan and scheduling order. Docket No. 15. The parties request special scheduling review, but do not explain why longer time periods should apply to the case. *See* Local Rule 26-1(a).

Accordingly, the Court hereby **DENIES** the parties' proposed discovery plan and scheduling order, Docket No. 15, without prejudice. The parties shall file a new proposed discovery plan and scheduling order that complies with the local rules no later than October 14, 2016.

IT IS SO ORDERED.

DATED: October 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge