# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CORREA, et al., | Case No. 2:16-cv-01852-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 27) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation for protective order. Docket No. 25. None of the parties has signed it. *See id.*; Local Rule 7-1(a) ("Stipulations relating to proceedings before the court . . . must be in writing and signed by all parties who have appeared or their attorneys"). Accordingly, the stipulation for protective order, Docket No. 27, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: May 12, 2017.

NANCY J. KOPPE
United States Magistrate Judge