# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CORREA, et al., | Case No.: 2:16-cv-01852-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 36) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend time to appoint an administrator and extend the dispositive motion deadline. Docket No. 36. Local Rule IA 6-1 requires that a "stipulation to extend time must state the reasons for the extension requested," which the parties fail to do. Accordingly, the Court **DENIES** without prejudice the parties' stipulation. Docket No. 36.

IT IS SO ORDERED.

Dated: May 1, 2018

                                                                   Nancy J. Koppe
                                                                    U.S. Magistrate Judge