MELVIN R GRIMES, ESQ.
Nevada Bar No. 12972
THE GRIMES LAW OFFICE
808 S. 7th Street
Las Vegas, NV 89101
Tel: (702) 347-4357
Fax: (702) 224-2160
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**for the**
**STATE OF NEVADA**
\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARIA CORREA, ET. AL., <br><br> Plaintiff, <br><br> Vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, ET. AL., <br><br> Defendant. | CASE NO.: 2:16-CV-01852-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES** <br><br> ECF No. 38 |

The parties, by and through their counsel, hereby stipulate to move the following dates in this matter as follows:

1. The deadline for appointing an administrator of the estate of Abel Correa is currently scheduled for April 30, 2018.

2. Pursuant to the order of March 27, 2018 Plaintiffs filed a petition to appoint an administrator to the estate of Abel Correa on April 2, 2018 case number P – 18 – 094873 - E

3. Clark County district court has not issued an order as of April 30, 2018 despite submission of proposed order on April 12, 2018; Therefore, parties

THE GRIMES LAW OFFICE, PLLC
808 S. 7TH STREET
LAS VEGAS, NEVADA 89101
P: (702) 347-4357 • F: (702) 224-2160

have stipulated to extend the deadline to appoint an administer of the estate to May 30, 2018.

4. The parties agree to extend the deadline for any filing dispositive motions, currently set for May 31st, 2018, to June 30th, 2018 in fairness to defendants. .

DATED this _____ day of April, 2017

**THE GRIMES LAW OFFICE**

/s/Melvin R. Grimes
―――――――――――――――

Melvin R. Grimes, Esq.
Nevada Bar No.: 12972
808 S. 7th Street
Las Vegas, NV 89101
Ph: (702)347-4357
*Attorney For Plaintiff*

**Marquis Aurbach Coffing**

/s/ Craig R. Anderson
―――――――――――――――

Craig R. Anderson, Esq
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
Ph: (702) 382 – 0711
*Attorney For Defendant*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 1, 2018