# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CORREA,<br><br>     Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>     Defendant(s). | Case No.: 2:16-cv-01852-JAD-NJK<br><br>**Order**<br><br>[Docket No. 53] |

Pending before the Court is a stipulation to continue the settlement conference set for June 3, 2019. Docket No. 53. For good cause shown, the Court **GRANTS** the stipulation. The settlement conference is rescheduled to **9:30 a.m. on June 21, 2019**, in the chambers of the undersigned Magistrate Judge. Written evaluations are due no later than 3:00 p.m. on June 14, 2019. All other requirements in the Court's order at Docket No. 49 remain in effect.

IT IS SO ORDERED.

Dated: April 24, 2019

                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge