# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CORREA, *et al.*, | Case No.: 2:16-cv-01852-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendant(s). | |

The Court granted the parties' stipulation to continue the settlement conference in this case to June 21, 2019. Docket No. 54. That order required the parties to submit a confidential settlement statement no later than June 14, 2019. *See id.* Plaintiffs have not submitted their settlement statement. The Court hereby ORDERS Plaintiffs to submit a confidential settlement statement to the undersigned's box in the Clerk's Office, no later than 10:00 a.m. on June 18, 2019.

IT IS SO ORDERED.

Dated: June 17, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1