# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARIA CORREA, et al.,

    Plaintiffs,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No.: 2:16-cv-01852-JAD-NJK

**Order**

On April 17, 2019, the Court issued an order setting a settlement conference in the instant case. Docket No. 49. The order specified, *inter alia*, the time, date, and required personal appearances for the settlement conference. *Id*. at 1-2. Specifically, the Court ordered that "[a]ll individual parties" are "**required to be present in person for the duration of the settlement conference**[.]"[1] *Id*. at 1 (emphasis in original). The Court also ordered that "[n]on-parties, including family members, are not permitted to attend" the settlement conference. *Id*. at 2, n.2.

The settlement conference was subsequently continued to June 21, 2019, at 9:30 a.m. Docket No. 54. The Court made clear in its order that the appearance requirements of its prior order remain. *Id*. The Court further ordered that the parties must provide settlement statements to the Court no later than June 14, 2019, at 3:00 p.m.

Plaintiffs violated the Court's order by failing to provide their settlement statement to the Court in accordance with the Court's order, which resulted in an order to provide the statement no

---

[1] The individual parties in this case are Maria Correa, individually and on behalf of the estate of Abel Correa, and Moises Correa. *See* Docket.

later than June 18, 2019.  Docket No. 55.  Plaintiffs have now submitted their statement to the Court; however, the statement indicates that Plaintiffs intend to violate the Court's order a second time by failing to comply with its appearance requirements.

Each individual Plaintiff is again **ORDERED** to personally appear at the settlement conference on June 21, 2019, at 9:30 a.m.  *See* Docket Nos. 49 at 1, 54.  Further, Plaintiffs' counsel is **ORDERED** to file a notice on the docket, no later than June 20, 2019, at 11:00 a.m., expressly stating that each individual Plaintiff will be present in person at the settlement conference.

FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN CONTINUANCE OF THE SETTLEMENT CONFERENCE AND MAY RESULT IN SANCTIONS.

IT IS SO ORDERED.

DATED: June 19, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE