# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CORREA, et al., <br>     Plaintiff(s), <br> v. <br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br>     Defendant(s). | Case No.: 2:16-cv-01852-JAD-NJK <br><br> **Order** |

Pending before the Court is an order for Plaintiffs' counsel to show cause why he should not be sanctioned. Docket No. 57. No response has been filed to date. The Court hereby **ORDERS** Plaintiffs' counsel to respond to the order to show cause by July 3, 2019.

IT IS SO ORDERED.

Dated: June 26, 2019

                                                                                                                                                                   _____
                                          Nancy J. Koppe
                                          United States Magistrate Judge