# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARIA CORREA, et al.,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:16-cv-01852-JAD-NJK

**Order**

[Docket No. 58]

Pending before the Court is a stipulation to reset the settlement conference, Docket No. 58, which is **GRANTED**. The settlement conference is reset for 9:30 a.m. on July 23, 2019. **Plaintiffs shall submit an amended settlement statement that complies with the Court's orders by July 16, 2019.** All other requirements set forth in the Court's order at Docket No. 49 remain in effect.

IT IS SO ORDERED.

Dated: June 26, 2019

                                      Nancy J. Koppe
                                      United States Magistrate Judge

1