# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIA CORREA, et al.,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:16-cv-01852-JAD-NJK

**Order**

On June 26, 2019, the Court ordered Plaintiffs to submit an amended settlement statement no later than July 16, 2019. Docket No. 60. To date, Plaintiffs have failed to comply. The Court hereby **ORDERS** Plaintiffs to submit their amended settlement statement no later than 10:00 a.m. on July 19, 2019. Failure to comply may result in sanctions and in the Court vacating the settlement conference set for July 23, 2019.

Further, the Court hereby **ORDERS** Plaintiffs' counsel to show cause why he should not be sanctioned in a Court fine up to $750 for failure to comply with the Court's order at Docket No. 60.

IT IS SO ORDERED.

Dated: July 18, 2019

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge